IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH ARIAS, Jr.,** | 07-CV-0096-JM (CAB) |
| Plaintiff, | **ORDER RE DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE AN ANSWER TO THE FIRST AMENDED COMPLAINT** |
| v. | |
| **D.W. BELL, et al.,** | |
| Defendants. | |

   Good cause appearing, Defendants P. Chan, D. Bell, J. Carpio, M. Vitela, W. Newman and L. Scribner's ex parte application for an extension of time to file an Answer to Plaintiff's First Amended Complaint is hereby granted. Defendants' Answer will be due 20 days after the Court has ruled on Defendants' second Motion to Dismiss for failure to exhaust administrative remedies, if an answer is necessary.

DATED:  November 5, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge

Order Re Defs.' Ex Parte Appl. for Extension of Time to File Ans. to FAC    Case No. 07-CV-0096-JM (CAB)

1